LAW OFFICES OF
DANIEL V. BEHESNILIAN
DANIEL V. BEHESNILIAN, ESQ., State Bar No. 075805
8665 Wilshire Blvd., Suite 410
Beverly Hills, Ca. 90211
Tel: (310) 854-6972
Fax: (310) 854-0128

Attorneys for Defendant KIRAKOS KARKOTSYAN

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **Case No:** |
| ) | |
| ) | **2:03-cr-00273 WBS** |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| vs. ) | FOR DEFENDANT TO TRAVEL |
| ) | FROM 02/05/06 TO |
| KIRAKOS KARKOTSYAN, ) | 03/06/06; [PROPOSED] |
| ) | ORDER |
| ) | |
| Defendant. ) | |
| _____ ) | |

**STIPULATION**

WHEREFORE, the UNITED STATES OF AMERICA, represented by DANIEL S. LINHARDT, Assistant United States Attorney, and Defendant KIRAKOS KARKOTSYAN, represented by DANIEL V. BEHESNILIAN, do hereby stipulate to the following:

That, Defendant has already been sentenced in the herein matter and has completely and successfully served the required time in a half way house.

That, Defendant be granted permission to travel to Yerevan,

1

Armenia, for business purposes as required by his employer, for the period of February 5, 2006 up to and including March 6, 2006.

That, Defendant shall pay $400.00 of the $500.00 bonus he will be receiving for said business trip to Armenia, to the United States Government, towards Defendant's restitution.

SO STIPULATED.

Dated: January 20, 2006        Signature authorized by Mr. Linhardt via telephone on 1/20/06

       /S/ Daniel S. Linhardt
       DANIEL S. LINHARDT
       Assistant U.S. Attorney

Dated: January 20, 2006        /S/ Daniel V. Behesnilian
       DANIEL V. BEHESNILIAN
       Attorney for Defendant
       KIRAKOS KARKOTSYAN

## ORDER

GOOD CAUSE NOW appearing, it is hereby ordered that Defendant KIRAKOS KARKOTSYAN be granted permission to travel to Yerevan, Armenia from the period of February 5, 2006 up to and including March 6, 2006.

SO ORDERED.

Dated: January 25, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE