UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable William B. Shubb
United States District Judge
Sacramento, California

                              RE:    Kirakos KARKOTYSAN
                                       Docket Number:  2:03CR00273
                                       PERMISSION TO TRAVEL
                                       <u>OUTSIDE THE COUNTRY</u>

Your Honor:

The probationer is requesting permission to travel to Armenia.  He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On August 25, 2004, he was sentenced for the offense(s) of Health Care Fraud,  Aiding and Abetting.

**Sentence imposed:**  He was sentenced to 48 months probation; $811,586.03 restitution; $100 special assessment; he was ordered to reside in a Community Corrections Center for 12 months as a condition of supervision.  Search, financial restrictions, and disclosure conditions were also ordered.

**Dates and Mode of Travel:**  The offender is supervised in the Central District of California.  They report he is in compliance with all supervision conditions.  Mr. Karkotysan is requesting travel from May 7, 2006, to June 7, 2006.

**Purpose:** The travel is requested for business purposes.  Mr. Karkotysan has received approval from the Court previously for out of country travel.

**RE:   Kirakos KARKOTSYAN**
       **Docket Number:   2:03CR00273-01**
       <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully Submitted,

/s/  Deborah A. Spencer

**DEBORAH A. SPENCER**
**Supervising United States Probation Officer**

**DATED:**    April 20, 2006
              Elk Grove, California
              DAS:jz

---

**ORDER OF THE COURT:**

Approved   X

Date:  April 27, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE