# RECOMMENDATION TERMINATING
# PROBATION PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA           )
                                   )
              vs.                  )   Docket Number:  2:03CR00273-01
                                   )
Kirakos KARKOTSYAN                 )
                                   )

**LEGAL HISTORY:**

On August 25, 2004, the above-named was placed on probation for a period of 4 years. Special conditions included a requirement for Search; Financial disclosure and restrictions; Asset restrictions and residing for 12 months in a Community Corrections Center. He has complied satisfactorily with all conditions of probation. He travels out of country frequently for employment purposes. Although he continues to owe a significant amount of restitution, he meets the requirements for early termination of probation. He is being supervised in the Central District of California office and they are requesting the early termination order. The Clerk's office and the United States Attorney's office will continue to collect the ordered financial obligation.

**SUMMARY OF COMPLIANCE:**

He has complied with all conditions and special conditions of probation, and has not been involved in any further criminal activities. It is the opinion of the probation officer that Mr. Karkotsyan has derived maximum benefit from probation and is not in need of continued supervision.

**RECOMMENDATION:**

It is, therefore, respectfully recommended that probation in this case be terminated early.

**Re:** **Kirakos KARKOTSYAN**
     **Docket Number:   2:03CR00273-01**
     **RECOMMENDATION TERMINATING**
     **PROBATION PRIOR TO EXPIRATION DATE**

                              Respectfully submitted,

                              /s/ Deborah A. Spencer
                              **DEBORAH A. SPENCER**
                              **Supervising United States Probation Officer**

Dated:      August 24, 2006
            Elk Grove, California
            DAS/cj

cc:   AUSA Linhardt (Pursuant to Rule 32, notice of proposed relief to the probationer is being provided. If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Probation Prior to Expiration Date, will be submitted to the Court for approval.)

PROB 35

# ORDER TERMINATING PROBATION
# PRIOR TO EXPIRATION DATE

---

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number:  2:03CR00273-01** |
| ) | |
| **Kirakos KARKOTSYAN** ) | |
| ) | |

On August 25, 2004, the above-named was placed on probation for a period of 4 years. He has complied with the rules and regulations of probation. He travels frequently outside the country for employment purposes. Although he still owes a substantial amount of restitution, the Clerk's office and the United States Attorney's office are capable of collecting further payments toward this obligation. It is accordingly recommended that he be discharged from probation.

                                  Respectfully submitted,

                                  /s/ Deborah A. Spencer
                                **DEBORAH A. SPENCER**
                          **Supervising United States Probation Officer**

Dated:        August 24, 2006
                Elk Grove, California
                DAS/cj

**Re:    Kirakos KARKOTSYAN**
       **Docket Number:   2:03CR00273-01**
       **RECOMMENDATION TERMINATING**
       **PROBATION PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

Date:  September 16, 2006

*William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DAS/cj
Attachment:   Recommendation
cc:    United States Attorney's Office
       FLU Unit, AUSA's Office
       Fiscal Clerk, Clerk's Office